**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,              )<br>              )<br>         Plaintiff,              )<br>              )<br> vs.              )<br>              )<br>              )<br> WARREN BILLY,              )<br>              )<br>         Defendant.              )<br>              )<br>_____) | 06-04160M-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court with counsel and admitted to violating the conditions of his Supervised Release as contained in the Petition to Revoke. Based upon those admissions, the court finds the defendant has violated the conditions of his Supervised Release.

IT IS ORDERED reinstating the defendant on Supervised Release subject to the previously ordered conditions.

IT IS FURTHER ORDERED that the defendant be released from federal custody.

DATED this 14th day of June, 2007.

Mark E. Aspey
United States Magistrate Judge