**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 06-04160M-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| Warren Billy, ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in Paragraphs A, C and D of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **NINE (9) MONTHS**.

IT IS FURTHER ORDERED that allegation B is DISMISSED.

DATED this 28th day of June, 2010.

Mark E. Aspey
United States Magistrate Judge