1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7               DISTRICT OF ARIZONA
8   United States of America,
9                                          Case. No. 06-04160M-001-PCT-MEA
10              Plaintiff,
                                                        ORDER
11        v.
12   Warren Billy,
13              Defendant.
14
15        Before the Court is defendant's pro se letter, post marked July 9, 2010, copies of
16   which were forwarded by the Court to defendant's prior counsel and the Government on
17   July 19,2010.  The Court construes defendant's letter to be a motion to set aside
18   defendant's conviction and for withdrawl from defendant's plea agreement.
19        IT IS ORDERED that the Government respond to defendant's motion within
20   fourteen (14) days of the date of this order.
21
          DATED this 21st day of September, 2010.
22
23        _____
                        Mark E. Aspey
24                United States Magistrate Judge
25
26
27
28